AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**FRANCISCO DE FREITAS-FILHO**

CASE NUMBER: EP-15-CR-1690KC(1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Francisco De Freitas-Filho____
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [X] Probation Violation Petition
charging him/her with

## VIOLATION OF CONDITIONS OF PROBATION

in violation of Title __18__ United States Code, Section(s) __3565__

| Jeannette J. Clack | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | August 29, 2016         El Paso, TX |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ NO BOND | by Kathleen Cardone, U.S. District Judge |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |