PROB 12C( 7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

FILED
2016 AUG 29 PM 3: 1
U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francisco De Freitas-Filho

Case Number: EP-15-CR-1690KC(1)

Name of Sentencing Judicial Officer: Kathleen Cardone, U.S. District Judge

Date of Original Sentence: October 22, 2015

Original Offense: Illegal Re-Entry, 8 U.S.C. § 1326(a)

Original Sentence: 5 years non-reporting probation

Type of Supervision: Probation

Date Supervision Commenced: October 22, 2015

Assistant U.S. Attorney: Patricia Aguayo                    Defense Attorney: Selena N. Solis

---

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

> **Nature of Noncompliance:** On July 26, 2016, Francisco De Freitas-Filho was removed/deported from the United States to Brazil. Additionally, a CLAIMS query revealed De Freitas-Filho had not received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission into the United States.

Francisco De Freitas-Filho
Docket No. EP-15-CR-1690KC(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

U.S. Probation Officer Recommendation:

The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

    [ ] the conditions of supervision should be modified as follows:

Respectfully submitted,                                Approved by,

Jessica Ramirez                                        Juan F. Campos
U.S. Probation Officer                                 Supervising U.S. Probation Officer
Office (915) 585-6514                                  Office (915) 585-6555
Blackberry (915) 400-8308                              Blackberry (915) 861-8852

Date: August 26, 2016

Francisco De Freitas-Filho
Docket No. EP-15-CR-1690KC(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 3

THE COURT ORDERS:

[ ] No action.
[x] The issuance of a warrant.
[ ] The issuance of a summons.
[ ] Other

*Kathleen Cardone*
Kathleen Cardone, U.S. District Judge

August 29, 2016
Date